**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00791-REB-BNB

WESTERN SHOWCASE HOMES, INC., a Nevada corporation, and
WESTERN SHOWCASE BUYERS GROUP, L.L.C. a Nevada limited liability company,

      Plaintiffs,

v.

CHAMPION HOME BUILDERS COMPANY, a Michigan corporation, and
CHAMPION ENTERPRISES, INC., a Michigan corporation,

      Defendants.

---

**ORDER DISMISSING
DEFENDANT CHAMPION ENTERPRISES, INC.**

---

**Blackburn, J.**

The matter before me is the **Stipulation to Dismiss Defendant Champion Enterprises, Inc.** [#12] filed May 13, 2009. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant, Champion Enterprises, Inc., should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation to Dismiss Defendant Champion Enterprises, Inc.** [#12] filed May 13, 2009, is **APPROVED**;

2. That plaintiffs' claims against defendant, Champion Enterprises, Inc, are **DISMISSED WITH PREJUDICE**;

3. That any motion filed by or on behalf of defendant, Champion Enterprises, Inc., is **DENIED AS MOOT**; and

4. That defendant, Champion Enterprises, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 13, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge