**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00791-REB-BNB

WESTERN SHOWCASE HOMES, INC., a Nevada corporation, and
WESTERN SHOWCASE BUYERS GROUP, L.L.C. a Nevada limited liability company,

    Plaintiffs,

v.

CHAMPION HOME BUILDERS COMPANY, a Michigan corporation, and
CHAMPION ENTERPRISES, INC.,

    Defendants.

---

**AMENDED[1]
ORDER DISMISSING
DEFENDANT CHAMPION ENTERPRISES, INC.**

---

**Blackburn, J.**

The matter before me is the **Stipulation to Dismiss Defendant Champion Enterprises, Inc.** [#12] filed May 13, 2009.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant, Champion Enterprises, Inc., should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation to Dismiss Defendant Champion Enterprises, Inc.** [#12] filed May 13, 2009, is **APPROVED**;

    2. That plaintiffs' claims against defendant, Champion Enterprises, Inc, are **DISMISSED WITHOUT PREJUDICE**;

---

[1] I enter this amended order to provide for the dismissal of claims against defendant, Champion Enterprises, Inc., without prejudice, instead of with prejudice as I ordered initially, but erroneously, in my **Order of Dismissal** [#13] entered May 13, 2009.

      3. That any motion filed on behalf of defendant, Champion Enterprises, Inc., is **DENIED AS MOOT**;

      4. That defendant, Champion Enterprises, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly;

      5. That this order **SHALL SUPPLANT** and **SUPERSEDE** the **Order of Dismissal** [#13] entered May 13, 2009.

      Dated May 13, 2009, at Denver, Colorado.

                              BY THE COURT:

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge