IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   09-cv-00791-REB-BNB | Date: August 31, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| WESTERN SHOWCASE HOMES INC., a Nevada corporation and WESTERN SHOWCASE BUYERS GROUP, LLC, a Nevada corporation | Richard Gleason |
| Plaintiffs, | |
| v. | |
| CHAMPION HOMES BUILDERS COMPANY, a Nevada Limited liability company dong business as Genesis Homes of Colorado doing business as SummitCrest Homes of Berthoud of Colorado | Sean Baker Bryan Cross |
| Defendant. | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     9:01 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Motion to amend complaint and add a party plaintiff [filed 7/24/09 Doc. 24] is granted as stated on the record. The Clerk of the Court is direct to accept the amended complaint for filing.**

**ORDERED:** **A Settlement Conference is set for October 19, 2009 at 9:30 a.m. Proposed updated settlement letters are due on or before October 9, 2009.**

Court in Recess       9:34 a.m.       Hearing concluded.    Total time in Court:    00:33

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.