IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00791-REB-BNB

WESTERN SHOWCASE HOMES, INC., a Nevada corporation, and
WESTERN SHOWCASE BUYERS GROUP, LLC, a Nevada limited liability company,

Plaintiffs,

v.

CHAMPION HOMES BUILDERS COMPANY, a Michigan corporation d/b/a Genesis Homes of Colorado d/b/a SummitCrest Homes of Berthoud of Colorado,

Defendant.
_____

**ORDER**
_____

This matter arises on the plaintiffs' **Motion to Amend Complaint and Add a Party Plaintiff** [Doc. # 24, filed 7/24/2009] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 24-2].

IT IS FURTHER ORDERED that a settlement conference will be held on **October 19, 2009, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is

involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to my chambers on or before **October 9, 2009**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated August 31, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge