IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00791-REB-BNB

WESTERN SHOWCASE HOMES, INC., a Nevada corporation,
WESTERN SHOWCASE BUYERS GROUP, LLC, a Nevada limited liability company, and
MIDCANADA MODULAR STRUCTURES, INC., a Canadian corporation,

Plaintiffs,

v.

CHAMPION HOMES BUILDERS COMPANY, a Michigan corporation d/b/a Genesis Homes of Colorado d/b/a SummitCrest Homes of Berthoud of Colorado,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Joint Motion to Modify Scheduling Order** [docket no. 40, filed 9/25/09] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing
counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
on or before **November 9, 2009**;

The parties shall designate all rebuttal experts and provide
opposing counsel with all information specified in Fed. R. Civ. P.
26(a)(2) on or before **December 9, 2009**;

Discovery Cut-Off: **January 16, 2010**

Dispositive motions deadline is extended to **January 29, 2010**

DATED:  September 28, 2009