IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00791-REB-BNB

WESTERN SHOWCASE HOMES, INC., a Nevada corporation,
WESTERN SHOWCASE BUYERS GROUP, LLC, a Nevada limited liability company, and
MIDCANADA MODULAR STRUCTURES, INC., a Canadian corporation,

Plaintiffs,

v.

CHAMPION HOMES BUILDERS COMPANY, a Michigan corporation d/b/a Genesis Homes of Colorado d/b/a SummitCrest Homes of Berthoud of Colorado,

Defendant.

_____

**ORDER**
_____

This matter arises on **Defendant Champion Home Builders Co.'s Motion to Vacate October 19, 2009 Settlement Conference** [Doc. # 43, filed 10/8/2009] (the "Motion"). My review of the Motion convinces me that a settlement conference on October 19 would be a waste of resources.

IT IS ORDERED that the Motion is GRANTED, and the settlement conference set for October 19, 2009, is VACATED.

Dated October 9, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge