IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00791-REB-BNB

WESTERN SHOWCASE HOMES, INC., a Nevada corporation,
WESTERN SHOWCASE BUYERS GROUP, LLC, a Nevada limited liability company, and
MIDCANADA MODULAR STRUCTURES, INC., a Canadian corporation,

Plaintiffs,

v.

CHAMPION HOMES BUILDERS COMPANY, a Michigan corporation d/b/a Genesis Homes of Colorado d/b/a SummitCrest Homes of Berthoud of Colorado,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Joint Motion to Modify Scheduling Order** [docket no. 47, filed November 4, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.

      The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 13, 2009**;

      The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 14, 2009**;

DATED:  November 5, 2009