**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00791-REB-BNB

WESTERN SHOWCASE HOMES, INC., a Nevada corporation, and
WESTERN SHOWCASE BUYERS GROUP, L.L.C. a Nevada limited liability company,

     Plaintiffs,

v.

CHAMPION HOME BUILDERS COMPANY, a Michigan corporation,

     Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE AND STAYING CASE

**Blackburn, J.**

     The matter is before me is **Plaintiff's Response to Order To Show Cause** [#54], filed December 11, 2009.  On December 1, 2009, defendant filed its **Suggestion of Bankruptcy** [#52], showing that it filed a petition for bankruptcy under Chapter 11 in the U.S. Bankruptcy Court for the District of Delaware.  I ordered plaintiff to show cause why the case should not be stayed and/or administratively closed, pending resolution of defendant's bankruptcy petition.  (**Order To Show Cause** [#53] entered December 3, 2009.)

     Plaintiff has responded to that order, asking that the matter be stayed, but not administratively closed, until it is known if, and if so how, the bankruptcy action will proceed.  I agree that for now this is the most prudent course of action, and, therefore, will order the case stayed.  I will order the parties further to file periodic joint status reports apprising the court of the ongoing status of the bankruptcy action.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#52] entered December 3, 2009, is **DISCHARGED**;

2. That pursuant to 11 U.S.C. §362(a), this action is **STAYED**; and

3. That the parties **SHALL FILE** a joint status report every **120 days** from the date of this order, apprising the court of the ongoing proceedings and status of the bankruptcy action.

Dated December 18, 2009, at Denver, Colorado.

                                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge