**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-00791-REB-BNB

WESTERN SHOWCASE HOMES, INC., a Nevada corporation, and
WESTERN SHOWCASE BUYERS GROUP, L.L.C. a Nevada limited liability company,

      Plaintiffs,

v.

CHAMPION HOME BUILDERS COMPANY, a Michigan corporation,

      Defendant.

---

**ORDER**

---

**Blackburn, J.**

      This matter is before me *sua sponte*. On November 12, 2009, the parties filed

their **Unopposed Joint Motion for Entry of Protective Order** [#50], which was

referred to the magistrate judge that same day [#51]. Shortly thereafter, the court was

notified of defendant's bankruptcy (**Suggestion of Bankruptcy** [#52] filed December 1,

2009), and the matter was stayed (**Order Discharging Order To Show Cause and**

**Staying Case** [#55] filed December 18, 2009). The parties more recently informed the

court that the bankruptcy case is still proceeding and in active status. (*See* **Joint**

**Status Report** [#57] filed April 28, 2010.)

      Thus, it appears that the need for a protective order so that the parties may

exchange discovery has evanesced, at least for the foreseeable future. Therefore, with

the assent of the magistrate judge, the reference will be withdrawn, and the motion for

protective order will be denied without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the order of reference contemplated by the **Memorandum** [#51] filed November 12, 2009, referring the parties' **Unopposed Joint Motion for Entry of Protective Order** [#50] filed November 12, 2009, to the magistrate judge is **WITHDRAWN** with the consent of the magistrate judge; and

2.  That the parties' **Unopposed Joint Motion for Entry of Protective Order** [#50] filed November 12, 2009, is **DENIED WITHOUT PREJUDICE**.

Dated June 22, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge