**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-00791-REB-BNB

WESTERN SHOWCASE HOMES, INC., a Nevada corporation, and
WESTERN SHOWCASE BUYERS GROUP, L.L.C. a Nevada limited liability company,

      Plaintiffs,
v.

CHAMPION HOME BUILDERS COMPANY, a Michigan corporation,

      Defendant.

---

**ORDER MAKING ABSOLUTE ORDER TO SHOW CAUSE**

---

**Blackburn, J.**

      This matter is before me *sua sponte*.  On April 5, 2012, I entered an **Order To Show Cause** [#61] directing plaintiffs to show cause on or before April 27, 2012, why this matter should not be administratively closed in light of the apparently ongoing bankruptcy of the defendant.  Plaintiffs failed to file a timely response to that order.  Accordingly, the show cause order will be made absolute, and this case administratively closed.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That my **Order To Show Cause** [#61] filed April 5, 2012, is **MADE ABSOLUTE**;

      2. That pursuant to **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

      3.  That pursuant to **D.C.COLO.LCivR 41.2**, the clerk of the court is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

      Dated April 30, 2012, at Denver, Colorado.

                                  **BY THE COURT:**

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge